# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Paul Montgomery

Civil Case # 1:20-cv-06267-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW, 4.  Victoria Montgomery, surviving spouse of Paul Montgomery, and files this motion to substitute as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).  In support thereof, Movant respectfully shows the court the following:

1. Plaintiff Paul Montgomery filed his Original Complaint in the United States District Court for the Southern District of Ohio on October 1, 2020.  The case was transferred to the United States District Court for the Southern District of Indiana on November 4, 2020.

2. Plaintiff Paul Montgomery died on or about January 1, 2022.

3. On May 7, 2025, a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1) was filed.  *See* Doc. No. 26842.  Plaintiff's counsel recently learned of the death of Paul Montgomery after contacting his wife.

4. Victoria Montgomery, surviving spouse of Paul Montgomery, is the proper party plaintiff to substitute for Plaintiff-decedent Paul Montgomery and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P.

1

25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

    5.    Plaintiff thus moves to substitute Victoria Montgomery, as the Personal Representative of the Estate of Paul Montgomery, Deceased, as Plaintiff in the present action.

    6.    Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Victoria Montgomery, as Personal Representative of the Estate of Paul Montgomery, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Paul Montgomery is now deceased.

    7.    A proposed Second Amended Short Form Complaint is attached hereto as Exhibit "A".

    8.    Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

    WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Victoria Montgomery, as the Personal Representative of the Estate of Paul Montgomery, Deceased, as Party Plaintiff for Paul Montgomery; (2) the Court grant leave to file the attached Second Amended Short Form Complaint (Case 1:20-cv-06267-RLY-TAB); and, (3) the Court deem the attached Second Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

    Dated: August 5, 2025.

Respectfully Submitted,

*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
**Ben Martin Law Group, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin

3