UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Paul Montgomery
_____

Civil Case # 1:20-cv-06267-RLY-TAB

_____

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

       The Court has considered Plaintiff Paul Montgomery's Motion to Substitute Party Plaintiff and for Leave to File Second Amended Short Form Complaint.

       **IT IS ORDERED** that the Motion to Substitute Party Plaintiff and for Leave to File Second Amended Short Form Complaint is **GRANTED**, and (1) Victoria Montgomery, as the Personal Representative of the Estate of Paul Montgomery, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file a Second Amended Short Form Complaint; and, (3) the Second Amended Short Form Complaint is hereby deemed filed. The Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

       Dated: _____

                                                         _____
                                                          Tim A. Baker
                                                          United States Magistrate Judge
                                                          Southern District of Indiana