**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

Paul Montgomery

Civil Case # 1:20-cv-06267-RLY-TAB

---

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**
**AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

The Court has considered Plaintiff Paul Montgomery's Motion to Substitute Party

Plaintiff and for Leave to File Second Amended Short Form Complaint, and the Court, being

duly advised in the premises, now GRANTS the motion. [Filing No. 26966.]

IT IS THEREFORE ORDERED that: (1) Victoria Montgomery, as the Personal

Representative of the Estate of Paul Montgomery, Deceased, is substituted as Plaintiff in the above-

referenced action; (2) Plaintiff is hereby granted leave to file a Second Amended Short Form

Complaint; and, (3) the Second Amended Short Form Complaint is hereby deemed filed as of

the date of this order.  The Clerk of the Court is directed to file the Second Amended Short

Form Complaint into the record in this matter.

Date: 8/28/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.